IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MIKE OVADIA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CITIBANK, N.A.,<br><br>　　　　　　　　Defendant. | CIVIL ACTION: 3:17-cv-05044 |

**STIPULATION OF DISMISSAL WITH PREJUDICE
AND WITHOUT FEES AND COSTS**

Plaintiff Mike Ovadia ("Plaintiff") and Defendant Citibank, N.A., by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that Plaintiff's claims in the above-captioned matter shall be and are DISMISSED WITH PREJUDICE and without taxation of attorneys' fees or costs of any kind against any party.

| | |
|---|---|
| /s/ Edward B. Geller<br>Edward B. Geller, Esquire<br>Of Counsel to M. Harvey Rephen &<br>Associates, P.C.<br>15 Landing Way<br>Bronx, New York  10464<br>T: 914.473.6783 | /s/ William Reiley<br>William Reiley, Esquire<br>reileyw@ballardspahr.com<br>BALLARD SPAHR LLP<br>210 Lake Drive East, Suite 200<br>Cherry Hill, NJ  08002<br>T: 856.761.3400<br>F: 856.761.1020 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

DATED:  May 8, 2018

DMEAST #34360083 v1

## **CERTIFICATE OF SERVICE**

      I, Edward B. Geller, Esq., hereby certify that, on this day, I caused a copy of the Stipulation of Dismissal to be served via ECF on the following:

William Reiley, Esquire
reileyw@ballardspahr.com
BALLARD SPAHR LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ  08002
Attorneys for Defendant, Citibank, N.A.

/s/ Edward B. Geller
EDWARD B. GELLER

Dated:  May 8, 2018